**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7187

HARVEY E. TUNSTALL,

Petitioner - Appellant,

versus

JAMES BEALE, Warden; GENE M. JOHNSON,
Director, Virginia Department of Corrections,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-04-688-1)

Submitted: November 18, 2004        Decided: November 29, 2004

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Harvey E. Tunstall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harvey E. Tunstall, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Tunstall has not made a substantial showing of the denial of a constitutional right. See Tunstall v. Beale, No. CA-04-688-1 (E.D. Va. filed, June 24, 2004; entered, June 25, 2004). Accordingly, we deny Tunstall's motions for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000).

To the extent that Tunstall's notice of appeal and appellate brief can be construed as a motion for authorization to file a successive § 2254 petition, we deny such authorization. See United States v. Winestock, 340 F.3d 200, 208 (4th Cir.), cert. denied, 124 S. Ct. 496 (2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED